# CRIMINAL COMPLAINT

## United States District Court

DISTRICT of ARIZONA

___ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 6 2005

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
V.
**Thomas Lopez;**
DOB: 1972; U.S. Citizen
**MORE DEFENDANTS LISTED ON REVERSE**

DOCKET NO.

MAGISTRATE'S CASE NO.
**05-08350M**

Complaint for violation of Title 21 United States Code 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about December 15, 2005, at or near the Tohono O'odham Indian Nation, in the District of Arizona, **Thomas Lopez, Henrika Manuel, Angela Garcia, and Frank Garcia,** named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons to possess with intent to distribute approximately 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 168 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 15, 2005, United States Border Patrol agents conducted a traffic stop on a Chevrolet Astro van driven by **Henrika Manuel** on Federal Route 7 near State Route 86, on the Tohono O'odham Indian Nation, in the District of Arizona. As agents approached the van they could see bales of marijuana in plain view inside the van. A search of the van revealed 168 kilograms of marijuana. **Manuel** admitted that she was to be paid for transporting the load of marijuana. **Manuel** told agents that she received the marijuana from **Thomas Lopez** and **Frank Garcia** and also identified **Lopez** and **Garcia** as being the individuals who loaded the marijuana into the van. Agents also interviewed **Angela Garcia**, who admitted that she stored the marijuana inside of her residence and historically has been paid for storing the marijuana.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**REC: DETENTION**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Feldman/kc
**AUTHORIZED BY: AUSA** _(signature)_

SIGNATURE OF COMPLAINANT (official title)
_M. Riley_

OFFICIAL TITLE Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE
_(signature)_

DATE
December 16, 2005

**Continued from front:**

**United States of America**

    vs.

**Henrika Manuel;**
DOB: 1972; U.S. Citizen

**Angela Garcia;**
DOB: 1979; U.S. Citizen

**Frank Garcia;**
DOB: 1975; U.S. Citizen